UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAISY GASKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:05-cv-00268-HGD |
| ) | |
| VAN RU CREDIT CORP., ) | |
| ) | |
| Defendant ) | |

### DISMISSAL O R D E R

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. #15), it is ORDERED, ADJUDGED and DECREED that this action hereby is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 20th day of December, 2005.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**